IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

GATOR PIQUA PARTNERS, LLLP, *et al.*,

    Defendants.

:
:
:
:

Case No. 3:12-cv-369

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PLAINTIFF PNC BANK, NATIONAL ASSOCIATION'S RENEWED MOTION TO COMPEL DEFENDANT JAMES A. GOLDSMITH TO PERMIT INSPECTION OF RECORDS (DOC. #150)

---

For the reasons discussed during the conference call held on January 19, 2016, the Court SUSTAINS Plaintiff PNC Bank, National Association's Renewed Motion to Compel Defendant James A. Goldsmith to Permit Inspection of Records (Doc. #150).

Plaintiff's reply to Defendant's response to Plaintiff's motion for attorneys' fees shall be filed no later than seven days after Plaintiff receives the requested billing records from Mr. Goldsmith.

Date: January 20, 2016

                                                                           /s/ Walter H. Rice
                                                                     WALTER H. RICE
                                                                     UNITED STATES DISTRICT JUDGE