UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | : | CASE NO. 3:12-cv-369 |
| Plaintiff, | : | (Judge Walter Herbert Rice) |
| vs. | : | (Magistrate Judge Michael R. Merz) |
| GATOR PIQUA PARTNERS, LLLP, et al., | : | **PROTECTIVE ORDER** |
| Defendants. | : | |

This cause having come before the Court on Plaintiff, PNC Bank National Association's, Renewed Motion To Compel Defendant James A Goldsmith To Permit Inspection Of Records (DOC. #[150]) against Defendant, James A. Goldsmith, and the Court having compelled production of the billing records of counsel for James A. Goldsmith and Gator Piqua Partners, LLLP (collectively "Defendants") regarding their counsel's representation of each of them in this matter, and the Court permitting the entry of a protective order with respect to the billing records and being otherwise advised in the premises hereby enters this protective order:

1. Defendants' billing records will be provided to Plaintiff's counsel and used only in this matter with respect to (a) the parties' briefing, the offering of evidence, and/or the Court's ruling on the issues relating to Plaintiff's Application for Expenses, Including Attorneys' Fees and Costs (DOC. #[146]) and Plaintiff's Supplemental Application for Expenses, Including Attorneys' Fees and Costs (DOC. #[159]), or (b) any related mediation or hearing on those issues, but being at all times subject to the conditions noted in the paragraphs below.

2. Plaintiff and Plaintiff's counsel may not disclose, publish or disseminate the billing records to any third party except its expert regarding the issue of reasonable attorneys'

fees. Plaintiff's expert will be subject to the restrictions in this order regarding the billing records.

3. Defendants may redact only those portions of the narratives on the billing records that contain attorney/client communications related to legal advice. Defendants may also redact any outstanding account receivable balances. The parties may request an in camera inspection of any redactions.

4. Defendants' billing invoices will remain confidential and not be filed with the Court or attached to any pleading unless the same is filed under seal.

IT IS SO ORDERED.

DATE: 2-4-16

*[signature]*
The Honorable Judge Walter H. Rice
United States District Judge

6129472.1